

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2018

No. 04-18-00429-CV

Benjamin Scott **ZERTUCHE**,
Appellant

v.

Chelsea **WESSELS**, CRS Healthcare, LLC, and Joey Urrabazo,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-10-0938-CVA
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

The appellees' unopposed motion for extension of time to file brief is hereby GRANTED. Time is extended to August 27, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2018.

KEITH E. HOTTLE,
Clerk of Court